**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

----------------------------------------------------------------

IVANNA McBRIDE,                                               :
                                                             :
                            Plaintiff,                        :
                                                             :    Case No.
v.                                                           :
                                                             :    (Removed from Sixth Division District
CAPITAL ONE AUTO FINANCE, INC.,                              :    Court of Rhode Island Case No. 6CA-
                                                             :    2025-11469)
                            Defendant.                        :
                                                             :
                                                             :

-----------------------------------------------------------------

**<u>NOTICE OF REMOVAL</u>**

Defendant, Capital One Auto Finance, a division of Capital One, N.A. ("Defendant"),

improperly named herein as "Capital One Auto Finance, Inc.", hereby removes the above

captioned case, Case No. 6CA-2025-11469, which was originally filed in the District Court of the

State of Rhode Island, Sixth Division, to this Court pursuant to 28 U.S.C. §§ 1331 and 1441. In

support thereof, Defendant states as follows:

### I.    <u>PLEADINGS AND FILINGS IN STATE COURT</u>

1.    On September 2, 2025, Plaintiff Ivanna McBride ("Plaintiff") filed a Complaint and

Jury Demand in the District Court of the State of Rhode Island, Sixth Division, captioned *Ivanna

McBride v. Capital One Auto Finance, Inc.*, bearing Case No. 6CA-2025-11469 ("State Court

Action"). Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and

orders filed in the State Court Action are attached as **Exhibit A**.

2.    Defendant is informed and believes that the documents attached as **Exhibit A**

constitute all the process, pleadings, and orders on file in the State Court Action.

3.    Defendant has not filed a responsive pleading in the State Court Action.

1

4.      As of the date of this Notice of Removal, Defendant has not been properly served with a Summons or Complaint.

## II.      **TIMELINESS OF REMOVAL**

5.      The removal of this action to this Court is timely under 28 U.S. § 1446(b). In *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, the United States Supreme Court held that the 30-day removal period under 28 U.S. § 1446(b) does not begin to run "by mere receipt of the complaint unattended by any formal service." 526 U.S. 344, 348 (1999).

6.      Plaintiff did not properly serve the Summons or Complaint to Defendant.  Instead, on November 18, 2025, Plaintiff emailed a copy of the Complaint (and only the Complaint) to Defendant.[1]

7.      Because Defendant was never formally served, the 30-day removal period under 28 U.S.C. § 1446(b) has not begun.  This Notice of Removal is therefore timely because Defendant received the Complaint for the first time on November 18, 2025, less than thirty days before the date of this Notice of Removal. *Murphy Bros.*, 526 U.S. at 348.

## III.      **REMOVAL JURISDICTION**

8.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because it is apparent from Plaintiff's Complaint that it presents questions of Federal law by alleging that Defendant violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681s-2(b). *See generally* Compl.

---

[1] Although Plaintiff provided to the District Court a receipt of an earlier mailing to an address in Plano, Texas, according to Rhode Island District Civil Rule 4(e), service to a foreign corporation by registered or certified mail must be made to "its business address designated in the state of incorporation." R.I. D.C.R. 4(e).  Capital One Auto Finance is a division of Capital One, N.A., a national banking association located in Virginia, not Texas. Thus, any attempt to serve Capital One Auto Finance in Plano, Texas does not comply with R.I. D.C.R. 4(e).

9.      Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.  Therefore, removal to this Court is proper under 28 U.S.C. § 1441(a) which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

10.      A federal question appears on the face of Plaintiff's Complaint, and this claim "arises under" federal law.  The Supreme Court has held that federal courts have jurisdiction to hear, originally or by removal from state court, cases where federal law creates the cause of action being alleged or when a claimant's right to relief depends on the resolution of a substantial question of federal law. *See Franchise Tax Board v. Constr. Laborers Vacation Trust*, 436 U.S. 1, 9 (1982) (explaining that "a case '[arises] under' federal law where the vindication of a right under state law necessarily turns on some construction of federal law").  Thus, because a federal question appears on the face of Plaintiff's Complaint, and this claim arises under Federal law, removal of this action is appropriate under 28 U.S.C. § 1441(a).

11.      Further, the Complaint raises a state statutory claim under the Rhode Island Deceptive Trade Practices Act, R.I. Gen. Laws § 6-13.1-1 et seq. Plaintiff asserts that this claim is based on the same alleged "false furnishing" of information and "refusal to correct known inaccuracies" on which her FCRA claim is based. Accordingly, this Court has supplemental jurisdiction over the state claim under 28 U.S.C. § 1367 because that claim arises out of the same operative facts as Plaintiff's claim under federal law and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

12. Plaintiff's Complaint also sets forth a concrete injury in fact regarding the alleged inaccurate credit reporting, including "credit harm, denial and/or delay of mortgage approval, increased interest costs, and emotional distress," which is sufficient to meet Article III standing requirements pursuant to *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190 (2021).

13. Therefore, this action is one that can be removed to this Court by Defendant under 28 U.S.C. § 1441(c).

## IV.    VENUE

14. The United States District Court for the District of Rhode Island is the proper venue for this action because it is the federal district court that embraces the District Court of the State of Rhode Island, Sixth Division, the forum where the State Court Action was filed and is pending. *See* 28 U.S.C. § 1441(a) and 1446(a).

## V.    NOTICE

15. In accordance with 28 U.S.C. § 1446(d), concurrent with filing this Notice of Removal, Defendant will file a copy of the Notice of Removal to Federal Court with the Clerk of the District Court of the State of Rhode Island, Sixth Division, and will attach a copy of this Notice of Removal thereto. A copy of the Notice of Filing of Notice of Removal to the United States District Court is attached hereto as **Exhibit B**.

## VI.    MISCELLANEOUS

16. This action has not previously been removed to federal court.

17. By filing this Notice of Removal, Defendant does not waive any defenses either procedural or substantive, which may be available to it, including, but not limited to, its right to contest *in personam* jurisdiction, improper service of process, or the failure to state a claim upon which relief may be granted.

18.     This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant removes the State Court Action from the District Court of the State of Rhode Island, Sixth Division to this Court, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446.

Respectfully submitted,

Defendant Capital One Auto Finance,
a division of Capital One, N.A

By its attorney,

*/s/ Giuliana M. Hathaway*

Giuliana M. Hathaway, RI Bar # 10668
Barclay Damon LLP
160 Federal Street, 10th Floor
Boston, Massachusetts 02110
(617) 274-2922
ghathaway@barclaydamon.com

*Attorney for Defendant Capital One Auto Finance,*
*a division of Capital One, N.A.*

Dated:  December 4, 2025

5

**Certificate of Service**

I, GIULIANA M. HATHAWAY, hereby certify that on this 4th day of December 2025, I caused a true and correct copy of the foregoing Notice of Removal to the United States District Court, and exhibit(s) annexed thereto, to be duly served upon all parties in this action as listed below via (1) electronic mail, (2) Federal Express, and (3) the United States Postal Service first class mail postage prepaid:

Ivanna McBride
474 Carrington Avenue
Woonsocket, RI 02895
Email: ivannamcbride@gmail.com
*Plaintiff, Pro Se*

 */s/ Giuliana M. Hathaway*
Giuliana M. Hathaway

# EXHIBIT A

# STATE OF RHODE ISLAND
# DISTRICT COURT – SIXTH DIVISION

**Ivanna McBride**
474 Carrington Ave
Woonsocket, RI 02895
Plaintiff,

v. Civil Action No. _____

**Capital One Auto Finance, Inc.**
7933 Preston Road
Plano, TX 75024
Defendant.

# COMPLAINT AND JURY DEMAND

## Parties

1. Plaintiff, Ivanna McBride ("Plaintiff"), is a natural person and consumer residing in Woonsocket, Rhode Island. She is a "consumer" as defined by the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681a(c).
2. Defendant, Capital One Auto Finance, Inc. ("Defendant" or "Capital One"), is a foreign corporation engaged in consumer lending and credit reporting, regularly conducting business in Rhode Island. Defendant is a "furnisher of information" to consumer reporting agencies under the FCRA, 15 U.S.C. § 1681s-2.

## Jurisdiction and Venue

3. This Court has subject matter jurisdiction over this action pursuant to R.I. Gen. Laws § 8-8-3 and because this case arises under federal law, including the FCRA, 15 U.S.C. § 1681 et seq.
4. Venue is proper in this Court under R.I. Gen. Laws § 9-4-3 because Plaintiff resides in Providence County and the acts and omissions complained of occurred in this jurisdiction.

## Factual Allegations

5. On or about October 21, 2021, Plaintiff allegedly entered into an automobile finance agreement with Defendant relating to a 2019 Toyota RAV4 (the "Account").
6. Despite originating and servicing the Account, Defendant never perfected a valid lien or otherwise held legal title to the vehicle.
7. Defendant nevertheless represented the loan as a secured obligation and furnished the Account to consumer reporting agencies as such.
8. On or about April 2025, Defendant charged off the Account but continued to furnish derogatory information to Experian, Equifax, and TransUnion, reporting the tradeline as a valid charge-off with an outstanding lien.
9. On June 10, 2025, Plaintiff transmitted a formal demand letter to Defendant (attached hereto as Exhibit A) expressly disputing the tradeline and demanding documentary proof of lien/title, deletion of

Case Number: 6CA-2025-11469
Filed in 6th Division District Court
Submitted: 9/2/2025 10:52 PM
Envelope: 5287781
Reviewer: Heather Asciolla

the tradeline, and refund of payments.

10. Defendant failed to provide competent documentary evidence establishing ownership of title or lien perfection. Instead, Defendant furnished only incomplete and nonresponsive documents, failing to validate the debt as required under federal law.

11. Defendant has willfully and/or negligently continued to furnish inaccurate, incomplete, and unverifiable information regarding the Account.

12. Defendant's conduct has directly harmed Plaintiff by lowering her credit scores, obstructing her ability to qualify for a mortgage, causing increased interest costs, and inflicting financial and emotional distress.

## Claims for Relief

**Count I – Violation of the Fair Credit Reporting Act (15 U.S.C. § 1681s-2(b))**

13. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

14. Defendant failed to conduct a reasonable investigation after receiving notice of Plaintiff's disputes from both Plaintiff and consumer reporting agencies.

15. Defendant continued furnishing inaccurate and unverifiable information in violation of 15 U.S.C. § 1681s-2(b)(1).

16. Defendant's violations were willful, entitling Plaintiff to statutory damages, punitive damages, and attorney's fees pursuant to 15 U.S.C. § 1681n, or in the alternative, negligent, entitling Plaintiff to actual damages pursuant to 15 U.S.C. § 1681o.

**Count II – Violation of the Rhode Island Deceptive Trade Practices Act (R.I. Gen. Laws § 6-13.1-1 et seq.)**

17. Plaintiff incorporates all preceding paragraphs.

18. Defendant's misrepresentation of lien ownership, its false furnishing of tradeline information, and its refusal to correct known inaccuracies constitute unfair and deceptive acts or practices in commerce.

19. Plaintiff has suffered ascertainable losses as a result of Defendant's conduct and is entitled to relief under R.I. Gen. Laws § 6-13.1-5.2.

## Prayer for Relief

WHEREFORE, Plaintiff respectfully demands judgment against Defendant as follows:

a. Statutory damages under the FCRA, 15 U.S.C. § 1681n(a)(1)(A);

b. Actual damages including but not limited to credit harm, denial and/or delay of mortgage approval, increased interest costs, and emotional distress;

c. Punitive damages for willful noncompliance with the FCRA;

d. Declaratory and injunctive relief ordering Defendant to immediately delete the inaccurate tradeline and cease further reporting;

e. Costs of this action and any other relief deemed just and proper by this Court.

## Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Date: _____

_____

Case Number: 6CA-2025-11469
Filed in 6th Division District Court
Submitted: 9/2/2025 10:52 PM
Envelope: 5287781
Reviewer: Heather Asciolla

**Ivanna McBride, Pro Se**
474 Carrington Ave
Woonsocket, RI 02895
Phone: (857) 249-2637
Email: ivannamcbride@gmail.com



# DISTRICT COURT

## SUMMONS

| | |
|---|---|
| **Plaintiff**<br>Ivanna McBride<br><br>**v.**<br><br>**Defendant**<br>Capital One Auto Finance Inc | **Civil Action File Number**<br>6CA-2025-11469 |
| | **Attorney for the Plaintiff or the Plaintiff**<br>Ivanna McBride |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>474 Carrington ave<br>Woonsocket RI  02895 |
| J. Joseph Garrahy Judicial Complex<br>6th Division District Court<br>One Dorrance Plaza<br>Providence RI  02903<br>*(401) 458-5400 | **Address for the Defendant**<br>7933 Preston Rd<br>Plano TX  75024 |

### TO THE DEFENDANT:

You are hereby summoned and required to serve upon the Plaintiff or the Plaintiff's attorney, whose name and address appears above, an answer to the complaint which is herewith served upon you.  **Your answer must be made in WRITING within TWENTY (20) days after service of this Summons, complaint, and Language Assistance Notice, exclusive of the date of service, and filed with the court.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

Witness the seal/watermark of the District Court

| | |
|---|---|
| This Summons was generated on 9/3/2025. | /s/ Waleada Shepard<br>Clerk |

DC-CMS-4 (revised October 2024)



# DISTRICT COURT

| Plaintiff | Civil Action File Number |
|---|---|
| Ivanna McBride | 6CA-2025-11469 |
| **v.** | |
| **Defendant** | |
| Capital One Auto Finance Inc | |

**PROOF OF SERVICE**

**Select the Defendant being served (check only one (1) per Proof of Service):**

| Please Select Only One (1) | Defendant |
|---|---|
| | Capital One Auto Finance Inc |

I hereby certify that on the date below I served a copy of this Summons, a copy of the complaint, Language Assistance Notices, and all other required documents received herewith upon the Defendant, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
_____
Age _____
Relationship to the Defendant_____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent_____
If the agent is one designated by statue to receive service, further notice as required by statue was given as noted. _____

☐ With a guardian or conservator of the Defendant.
Name of person and designation_____

☐ By delivering said papers to the attorney general or an assistant attorney general.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

DC-CMS-4 (revised October 2024)



# DISTRICT COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation_____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statue to receive service, further notice as required by statue was given as noted: _____

☐ I was unable to make service after the following reasonable attempts:
_____

SIGNATURE OF PERSON OTHER THAN A SHERIFF OR DEPUTY SHERIFF OR CONSTABLE MUST BE NOTARIZED. _____
                              Signature

State of _____
County of _____

   On this \_\_\_\_day of \_\_\_\_\_,20\_\_\_, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the documents are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

SERVICE DATE: _____/_____/_____                SERVICE FEE $_____
                    Month    Day     Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE
_____

Page 2 of 2

DC-CMS-4 (revised October 2024)



# DISTRICT COURT

## HEARING NOTICE

| **Plaintiff**<br>Ivanna McBride<br><br>**v.**<br>**Defendant**<br>Capital One Auto Finance Inc | **Civil Action File Number**<br>6CA-2025-11469 |
|---|---|
|  | **Attorney for the Plaintiff**<br>Ivanna McBride |
| **Attorney for the Defendant**<br>Capital One Auto Finance Inc | **Address and Telephone Number of the Plaintiff/Plaintiff's Attorney**<br>474 Carrington ave<br>Woonsocket RI  02895 |
| Garrahy Judicial Complex<br>6th Division District Court<br>One Dorrance Plaza<br>Providence, Rhode Island 02903<br>*(401) 458-5400 |  |

To the parties on the above-entitled case, you are hereby given notice that this matter is set down for **Hearing on Motion for Entry of Default Judgment** at the court and location listed above on **10/31/2025 at 10:00 AM in Garrahy Courtroom 3E. Please bring this notice with you on the hearing date**.

You have a right to a hearing in front of a judicial officer, unless this case involves a Domestic Restraining Order. In an effort to resolve the matter prior to the court date, you are strongly encouraged to contact the Plaintiff's attorney listed above, either directly or through your attorney, to discuss a resolution.  If you plan on retaining Rhode Island Legal Services, telephone them immediately.  The court will give priority to cases where agreements have been achieved between the parties.

Unless otherwise notified by the District Court, you should appear for the above hearing.  If you fail to appear the matter will be heard and a decision may be rendered against you. If the scheduled hearing is a Citation in Supplementary Proceedings, a Motion to Adjudge in Contempt, or a Hearing for a Show Cause Citation, a failure to appear may result in a civil body attachment being issued for you.

| This Hearing Notice was generated on 10/17/2025. | /s/ Waleada Shepard<br>Clerk |
|---|---|
| This Hearing Notice was sent to Capital One Auto Finance Inc at<br> 7933 Preston Rd<br>Plano TX  75024 | |

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

* If an accommodation for a disability is necessary, please contact the District Court Clerk's Office at the telephone number listed in the court location above as soon as possible.  TTY users can contact the District Court through Rhode Island Relay at 7-1-1 or 1-800-745-5555 (TTY) to voice number.

DC-CMS-23 (revised November 2024)

Case Number: 66A-2025-21462
Filed in 6th Division District Court
Submitted: 10/17/2025 12:01 PM
Envelope: 5357274
Reviewer: Heather Asciolla

Remo'

**Tracking Number:**

## 9589071052702675109252

Copy    Add to Informed Delivery

**Latest Update**

Your item has been delivered to an agent. The item was picked up at USPS at 10:28 am on September 23, 2025 in PLANO, TX 75024.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

☑ **Delivered to Agent**
Delivered to Agent, Picked up at USPS
PLANO, TX 75024
September 23, 2025, 10:28 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

| | |
|---|---|
| Text & Email Updates | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

STATE OF RHODE ISLAND
DISTRICT COURT – SIXTH DIVISION

**Ivanna McBride**,
Plaintiff

v.

**Capital One Auto Finance, Inc.**,
Defendant

Civil Action No. 6CA-2025-11469

## MOTION FOR DEFAULT JUDGMENT AND REQUEST FOR SPECIFIC RELIEF

Date: October 17, 2025

To the Honorable Court:

The Plaintiff, **Ivanna McBride**, respectfully moves this Court, pursuant to Rule 55 of the Rhode Island District Court Rules of Civil Procedure, for entry of Default Judgment against the Defendant, **Capital One Auto Finance, Inc.**, and in support thereof states as follows:

1. On September 2, 2025, Plaintiff filed a Complaint against Defendant alleging violations arising from Defendant's continued reporting of inaccurate and unverified information to consumer credit bureaus.

2. The Summons and Complaint were duly served on Capital One Auto Finance, Inc. at 7933 Preston Road, Plano, TX 75024, and accepted by the Defendant on September 23, 2025, as evidenced by the Proof of Service previously filed with this Court.

3. More than twenty (20) days have elapsed since service, and Defendant has failed to file any answer, appearance, or responsive pleading.

4. Accordingly, Plaintiff requests that the Court enter default and issue judgment in her favor.

5. As part of the relief originally sought in the Complaint, Plaintiff specifically requests that this Court order the Defendant to immediately delete and permanently remove all derogatory or inaccurate tradelines related to the disputed Capital One Auto Finance account from Plaintiff's consumer credit files maintained by Experian, Equifax, and TransUnion.

6. The Defendant's continued reporting of false or unverified information has caused Plaintiff significant and ongoing harm, including damage to her creditworthiness, loss of financing opportunities, and emotional distress.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court:

a. Enter Default Judgment in favor of Plaintiff and against Defendant, Capital One Auto Finance, Inc.;

Case Number: 6CA-2025-11469
Filed in 6th Division District Court
Submitted: 11/10/2025 12:51 PM
Envelope: 5393565
Reviewer: Madeleine Bessette

Case 1:25-cv-00646-MSM-PAS    Document 1    Filed 12/04/25    Page 18 of 25 PageID #: 18

b. Order the immediate deletion of the disputed Capital One Auto Finance tradeline from all consumer reporting agencies;

c. Award Plaintiff her court costs and such other relief as the Court deems just and proper.

Respectfully submitted,

_____

Ivanna McBride
Plaintiff, Pro Se
474 Carrington Ave
Woonsocket, RI 02895
Phone: 857-249-2637
Email: ivannamcbride@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October 2025, a true and correct copy of the foregoing Motion for Default Judgment and Request for Specific Relief was mailed via U.S. Postal Service, First-Class Mail, to:

**Capital One Auto Finance, Inc.**
Attn: Registered Agent / Legal Department
7933 Preston Road
Plano, TX 75024

_____

Ivanna McBride
Plaintiff, Pro Se

Case Number: 6CA-2025-11469
Filed in 6th Division District Court
Submitted: 10/17/2025 12:01 PM
Envelope: 5397305
Reviewer: Madeleine Bissette

STATE OF RHODE ISLAND
DISTRICT COURT – SIXTH DIVISION

**Ivanna McBride**,
Plaintiff

v.

**Capital One Auto Finance, Inc.**,
Defendant

Civil Action No. 6CA-2025-11469

### MOTION FOR DEFAULT JUDGMENT AND REQUEST FOR SPECIFIC RELIEF

Date: October 17, 2025

To the Honorable Court:

The Plaintiff, **Ivanna McBride**, respectfully moves this Court, pursuant to Rule 55 of the Rhode Island District Court Rules of Civil Procedure, for entry of Default Judgment against the Defendant, **Capital One Auto Finance, Inc.**, and in support thereof states as follows:

1. On September 2, 2025, Plaintiff filed a Complaint against Defendant alleging violations arising from Defendant's continued reporting of inaccurate and unverified information to consumer credit bureaus.

2. The Summons and Complaint were duly served on Capital One Auto Finance, Inc. at 7933 Preston Road, Plano, TX 75024, and accepted by the Defendant on September 23, 2025, as evidenced by the Proof of Service previously filed with this Court.

3. More than twenty (20) days have elapsed since service, and Defendant has failed to file any answer, appearance, or responsive pleading.

4. Accordingly, Plaintiff requests that the Court enter default and issue judgment in her favor.

5. As part of the relief originally sought in the Complaint, Plaintiff specifically requests that this Court order the Defendant to immediately delete and permanently remove all derogatory or inaccurate tradelines related to the disputed Capital One Auto Finance account from Plaintiff's consumer credit files maintained by Experian, Equifax, and TransUnion.

6. The Defendant's continued reporting of false or unverified information has caused Plaintiff significant and ongoing harm, including damage to her creditworthiness, loss of financing opportunities, and emotional distress.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court:

a. Enter Default Judgment in favor of Plaintiff and against Defendant, Capital One Auto Finance, Inc.;

Case Number: 6CA-2025-11469
Filed in 6th Division District Court
Submitted: 10/17/2025 12:61 PM
Envelope: 5397366
Reviewer: Madeleine Bessette

Case 1:25-cv-00646-MSM-PAS    Document 1    Filed 12/04/25    Page 20 of 25 PageID #: 20

b. Order the immediate deletion of the disputed Capital One Auto Finance tradeline from all consumer reporting agencies;

c. Award Plaintiff her court costs and such other relief as the Court deems just and proper.

Respectfully submitted,

_____

Ivanna McBride
Plaintiff, Pro Se
474 Carrington Ave
Woonsocket, RI 02895
Phone: 857-249-2637
Email: ivannamcbride@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October 2025, a true and correct copy of the foregoing Motion for Default Judgment and Request for Specific Relief was mailed via U.S. Postal Service, First-Class Mail, to:

**Capital One Auto Finance, Inc.**
Attn: Registered Agent / Legal Department
7933 Preston Road
Plano, TX 75024

_____

Ivanna McBride
Plaintiff, Pro Se



# DISTRICT COURT

## HEARING NOTICE

| Plaintiff<br>Ivanna McBride<br><br>v.<br>Defendant<br>Capital One Auto Finance Inc | Civil Action File Number<br>6CA-2025-11469 |
|---|---|
| | Attorney for the Plaintiff<br>Ivanna McBride |
| Attorney for the Defendant<br>Capital One Auto Finance Inc | Address and Telephone Number of the Plaintiff/Plaintiff's Attorney<br>474 Carrington ave<br>Woonsocket RI  02895 |
| Garrahy Judicial Complex<br>6th Division District Court<br>One Dorrance Plaza<br>Providence, Rhode Island 02903<br>*(401) 458-5400 | |

To the parties on the above-entitled case, you are hereby given notice that this matter is set down for **Hearing on Motion for Entry of Default Judgment** at the court and location listed above on **12/08/2025** at **9:00 AM in Garrahy Courtroom 3E. Please bring this notice with you on the hearing date**.

You have a right to a hearing in front of a judicial officer, unless this case involves a Domestic Restraining Order. In an effort to resolve the matter prior to the court date, you are strongly encouraged to contact the Plaintiff's attorney listed above, either directly or through your attorney, to discuss a resolution.  If you plan on retaining Rhode Island Legal Services, telephone them immediately.  The court will give priority to cases where agreements have been achieved between the parties.

Unless otherwise notified by the District Court, you should appear for the above hearing.  If you fail to appear the matter will be heard and a decision may be rendered against you. If the scheduled hearing is a Citation in Supplementary Proceedings, a Motion to Adjudge in Contempt, or a Hearing for a Show Cause Citation, a failure to appear may result in a civil body attachment being issued for you.

| This Hearing Notice was generated on 11/13/2025. | /s/ Waleada Shepard<br>Clerk |
|---|---|
| This Hearing Notice was sent to Ivanna McBride at<br> 474 Carrington ave<br>Woonsocket RI  02895 | |

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

* If an accommodation for a disability is necessary, please contact the District Court Clerk's Office at the telephone number listed in the court location above as soon as possible.  TTY users can contact the District Court through Rhode Island Relay at 7-1-1 or 1-800-745-5555 (TTY) to voice number.

DC-CMS-23 (revised November 2024)



# DISTRICT COURT

## HEARING NOTICE

| **Plaintiff**<br>Ivanna McBride<br><br>**v.**<br>**Defendant**<br>Capital One Auto Finance Inc | **Civil Action File Number**<br>6CA-2025-11469 |
|---|---|
| | **Attorney for the Plaintiff**<br>Ivanna McBride |
| **Attorney for the Defendant**<br>Capital One Auto Finance Inc | **Address and Telephone Number of the Plaintiff/Plaintiff's Attorney**<br>474 Carrington ave<br>Woonsocket RI  02895 |
| Garrahy Judicial Complex<br>6th Division District Court<br>One Dorrance Plaza<br>Providence, Rhode Island 02903<br>*(401) 458-5400 | |

To the parties on the above-entitled case, you are hereby given notice that this matter is set down for **Hearing on Motion for Entry of Default Judgment** at the court and location listed above on **12/08/2025** at **9:00 AM in Garrahy Courtroom 3E. Please bring this notice with you on the hearing date**.

You have a right to a hearing in front of a judicial officer, unless this case involves a Domestic Restraining Order. In an effort to resolve the matter prior to the court date, you are strongly encouraged to contact the Plaintiff's attorney listed above, either directly or through your attorney, to discuss a resolution.  If you plan on retaining Rhode Island Legal Services, telephone them immediately.  The court will give priority to cases where agreements have been achieved between the parties.

Unless otherwise notified by the District Court, you should appear for the above hearing.  If you fail to appear the matter will be heard and a decision may be rendered against you. If the scheduled hearing is a Citation in Supplementary Proceedings, a Motion to Adjudge in Contempt, or a Hearing for a Show Cause Citation, a failure to appear may result in a civil body attachment being issued for you.

| This Hearing Notice was generated on 11/13/2025. | /s/ Waleada Shepard<br>Clerk |
|---|---|
| This Hearing Notice was sent to Capital One Auto Finance Inc at<br> 7933 Preston Rd<br>Plano TX  75024 | |

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

* If an accommodation for a disability is necessary, please contact the District Court Clerk's Office at the telephone number listed in the court location above as soon as possible.  TTY users can contact the District Court through Rhode Island Relay at 7-1-1 or 1-800-745-5555 (TTY) to voice number.

DC-CMS-23 (revised November 2024)

# EXHIBIT B

**STATE OF RHODE ISLAND**

**SIXTH DIVISION**                                         **DISTRICT COURT**

-------------------------------------------------------------

IVANNA McBRIDE,                                 :
                                                :
                        Plaintiff,              :
                                                :
v.                                              :    Case No. 6CA-2025-11469
                                                :
CAPITAL ONE AUTO FINANCE, INC.,                 :
                                                :
                        Defendant.              :
                                                :
                                                :

-------------------------------------------------------------

## NOTICE OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

**PLEASE TAKE NOTICE** that, on December 4, 2025, defendant Capital One Auto Finance, a division of Capital One, N.A., improperly named herein as "Capital One Auto Finance, Inc.", filed a Notice of Removal, a copy of which is attached, removing this case to the United States District Court for the District of Rhode Island.

**PLEASE TAKE FURTHER NOTICE**, pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and all other applicable bases for removal, the filing of the Notice of Removal in the Federal Court, together with the filing of this Notice of Filing of Notice of Removal to the United States District Court and the copy of the Notice of Removal attached as **Exhibit 1**, effects the removal of the above-entitled action from this Court to the Federal Court, and this Court may proceed no further with the action unless and/or until the action is remanded.

1

Respectfully submitted,

Defendant Capital One Auto Finance, a division of Capital One, N.A.

By its attorney,


 */s/ Giuliana M. Hathaway*
Giuliana M. Hathaway, RI Bar # 10668
Barclay Damon LLP
160 Federal Street, 10th Floor
Boston, Massachusetts 02110
(617) 274-2922
ghathaway@barclaydamon.com

*Attorney for Defendant Capital One Auto Finance, a division of Capital One, N.A.*


### Certificate of Service

I, GIULIANA M. HATHAWAY, hereby certify that on this 4th day of December 2025, I caused a true and correct copy of the foregoing Notice of Filing of Notice of Removal to the United States District Court, and exhibit(s) annexed thereto, to be duly served upon all parties in this action as listed below via (1) electronic mail, (2) Federal Express, and (3) the United States Postal Service first class mail postage prepaid:

Ivanna McBride
474 Carrington Avenue
Woonsocket, RI 02895
Email: ivannamcbride@gmail.com
*Plaintiff, Pro Se*


 */s/ Giuliana M. Hathaway*
Giuliana M. Hathaway


2