# STATE OF RHODE ISLAND
# DISTRICT COURT – SIXTH DIVISION

**Ivanna McBride**
474 Carrington Ave
Woonsocket, RI 02895
Plaintiff,

v. Civil Action No. _____

**Capital One Auto Finance, Inc.**
7933 Preston Road
Plano, TX 75024
Defendant.

# COMPLAINT AND JURY DEMAND

## Parties

1. Plaintiff, Ivanna McBride ("Plaintiff"), is a natural person and consumer residing in Woonsocket, Rhode Island. She is a "consumer" as defined by the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681a(c).
2. Defendant, Capital One Auto Finance, Inc. ("Defendant" or "Capital One"), is a foreign corporation engaged in consumer lending and credit reporting, regularly conducting business in Rhode Island. Defendant is a "furnisher of information" to consumer reporting agencies under the FCRA, 15 U.S.C. § 1681s-2.

## Jurisdiction and Venue

3. This Court has subject matter jurisdiction over this action pursuant to R.I. Gen. Laws § 8-8-3 and because this case arises under federal law, including the FCRA, 15 U.S.C. § 1681 et seq.
4. Venue is proper in this Court under R.I. Gen. Laws § 9-4-3 because Plaintiff resides in Providence County and the acts and omissions complained of occurred in this jurisdiction.

## Factual Allegations

5. On or about October 21, 2021, Plaintiff allegedly entered into an automobile finance agreement with Defendant relating to a 2019 Toyota RAV4 (the "Account").
6. Despite originating and servicing the Account, Defendant never perfected a valid lien or otherwise held legal title to the vehicle.
7. Defendant nevertheless represented the loan as a secured obligation and furnished the Account to consumer reporting agencies as such.
8. On or about April 2025, Defendant charged off the Account but continued to furnish derogatory information to Experian, Equifax, and TransUnion, reporting the tradeline as a valid charge-off with an outstanding lien.
9. On June 10, 2025, Plaintiff transmitted a formal demand letter to Defendant (attached hereto as Exhibit A) expressly disputing the tradeline and demanding documentary proof of lien/title, deletion of

Case Number: 6CA-2025-11469
Filed in 6th Division District Court
Submitted: 9/2/2025 10:52 PM
Envelope: 5287781
Reviewer: Heather Asciolla

the tradeline, and refund of payments.

10. Defendant failed to provide competent documentary evidence establishing ownership of title or lien perfection. Instead, Defendant furnished only incomplete and nonresponsive documents, failing to validate the debt as required under federal law.

11. Defendant has willfully and/or negligently continued to furnish inaccurate, incomplete, and unverifiable information regarding the Account.

12. Defendant's conduct has directly harmed Plaintiff by lowering her credit scores, obstructing her ability to qualify for a mortgage, causing increased interest costs, and inflicting financial and emotional distress.

## Claims for Relief

**Count I – Violation of the Fair Credit Reporting Act (15 U.S.C. § 1681s-2(b))**

13. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

14. Defendant failed to conduct a reasonable investigation after receiving notice of Plaintiff's disputes from both Plaintiff and consumer reporting agencies.

15. Defendant continued furnishing inaccurate and unverifiable information in violation of 15 U.S.C. § 1681s-2(b)(1).

16. Defendant's violations were willful, entitling Plaintiff to statutory damages, punitive damages, and attorney's fees pursuant to 15 U.S.C. § 1681n, or in the alternative, negligent, entitling Plaintiff to actual damages pursuant to 15 U.S.C. § 1681o.

**Count II – Violation of the Rhode Island Deceptive Trade Practices Act (R.I. Gen. Laws § 6-13.1-1 et seq.)**

17. Plaintiff incorporates all preceding paragraphs.

18. Defendant's misrepresentation of lien ownership, its false furnishing of tradeline information, and its refusal to correct known inaccuracies constitute unfair and deceptive acts or practices in commerce.

19. Plaintiff has suffered ascertainable losses as a result of Defendant's conduct and is entitled to relief under R.I. Gen. Laws § 6-13.1-5.2.

## Prayer for Relief

WHEREFORE, Plaintiff respectfully demands judgment against Defendant as follows:

a. Statutory damages under the FCRA, 15 U.S.C. § 1681n(a)(1)(A);

b. Actual damages including but not limited to credit harm, denial and/or delay of mortgage approval, increased interest costs, and emotional distress;

c. Punitive damages for willful noncompliance with the FCRA;

d. Declaratory and injunctive relief ordering Defendant to immediately delete the inaccurate tradeline and cease further reporting;

e. Costs of this action and any other relief deemed just and proper by this Court.

## Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Date: _____

_____

Case Number: 6CA-2025-11469
Filed in 6th Division District Court
Submitted: 9/2/2025 10:52 PM
Envelope: 5287781
Reviewer: Heather Asciolla

**Ivanna McBride, Pro Se**
474 Carrington Ave
Woonsocket, RI 02895
Phone: (857) 249-2637
Email: ivannamcbride@gmail.com